ZIEVE, BRODNAX & STEELE, LLP
John C. Steele, Bar No. 179875
*jsteele@zbslaw.com*
Jenifer A. Needs, Bar No. 261153
*jneeds@zbslaw.com*
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: (714) 848-7920
Fax: (714) 908-2615

Attorneys for Defendants
ZIEVE, BRODNAX & STEELE, LLP; LES ZIEVE;
JOHN STEELE; and MICHAEL BUSBY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID MERRITT and SALMA MERRITT,<br><br>          Plaintiffs,<br><br>     v.<br><br>JP MORGAN CHASE, N.A., JAMIE DIMOND, DAVID GILLIS, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., JOHN C. COSTANGO, AISLING DESOLA, SPECIALIZED LOAN SERVICER, TOBEY WELLS, AMI MCKERNAN, LES ZIEVE BRODNAX & STEELE LLP, JOHN STEELE, MICHAEL BUSBY, U.S. BANK NATIONAL ASSOCIATION, ANDREW CECERE, BRYAN CAVE, LEIGHTON PAISNER LLP, JAMES GOLDBERG, BEVERLY BROOKS, AVID MARCUS, and 10 UNKNOWN ASSISTANT GENERAL COUNSELS,<br><br>          Defendants. | CASE NO.: 5:17-cv-06101-LHK<br><br>*Assigned to:*<br>District Court Judge Lucy H. Koh<br>Magistrate Judge Virginia K. DeMarchi<br><br>**DECLARATION OF JENNIFER A. NEEDS IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE APPLICATION TO ENLARGE TIME IN WHICH TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date Action Filed: October 25, 2017<br>Trial Date: Not set |

///

1

**DECLARATION OF JENNIFER A. NEEDS IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE APPLICATION TO ENLARGE TIME IN WHICH TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

I, Jennifer A. Needs, declare:

1. I am a managing attorney with the firm of Zieve, Broadnax & Steele, LLP, counsel-of-record for Defendants ZIEVE, BRODNAX & STEELE, LLP; LES ZIEVE; JOHN STEELE; and MICHAEL BUSBY (collectively, "Trustee Defendants") in the above-captioned action. I am licensed to practice before all California State Courts; the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; and the United States Court of Appeals for the Ninth Circuit. The facts stated herein are known to me of my own personal knowledge. I believe that, if called to testify orally, I could and would do so competently.

2. On June 4, 2018, Trustee Defendants filed a Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, in the Alternative, Rule 4(m) of the Federal Rules of Civil Procedure (Doc. 130) ("MTD").

3. I am in receipt of Plaintiffs' Administrative Application to Enlarge Time in Which to File Opposition to Defendants' Motion to Dismiss (Doc. 136) wherein Plaintiffs state "Plaintiffs have contacted defendants who have refused to stipulate to such an extension." This statement is false. I personally inquired with the personnel in my office, and neither I nor anyone at my firm received any request from Plaintiffs for an extension to oppose Trustee Defendants' MTD.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed June 15, 2018 at Irvine, California.

*/s/ Jennifer A. Needs*
JENNIFER A. NEEDS

**DECLARATION OF JENNIFER A. NEEDS IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE APPLICATION TO ENLARGE TIME IN WHICH TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Zieve, Brodnax & Steele, LLP, whose business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On June 15, 2018, I served the within document(s) described as: **DECLARATION OF JENNIFER A. NEEDS IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE APPLICATION TO ENLARGE TIME IN WHICH TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** on the interested parties in this action:

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| David Merritt<br>Salma Merritt<br>660 Pinnacles Terrace<br>Sunnyvale, CA 94085<br>**Overnight Service** | Tel: (408) 469-5584<br>Fax:<br>theadaadvocatea@gmail.com | *Plaintiffs in pro per* |
| The Ryan Firm, APC<br>Timothy M. Ryan<br>Michael W. Stoltzman<br>30 Corporate Park,<br>Suite 450<br>Irvine, CA 92606 | Tel: (949) 263-1800<br>Fax:<br>Email:<br>mstoltzman@theryanfirm.com | *Attorneys for Defendants Specialized Loan Servicing, LLC, Toby Wells, Ami McKernan, U.S. Bank National Association and Andrew J. Cecere* |
| Bryan Cave LLP<br>Joseph Poppen<br>Three Embarcadero Center<br>7th Floor<br>San Francisco, CA 94111 | Tel: 415-675-3400<br>Fax: 415-675-3434<br>Email:<br>joseph.poppen@bryancave.com | *Attorneys for Defendants JP Morgan Chase Bank, Jamie Dimond and Aisling Desola* |
| Bryan Cave Leighton Paisner LLP<br>James Goldberg, Esq.<br>Three Embarcadero Center<br>7th Floor<br>San Francisco, CA 94111-4070 | Tel: 415-675-3400<br>Fax: 415-675-3434<br>Email:<br>jim.goldberg@bclplaw.com | *Attorneys for Defendants Bryan Cave Leighton Paisner LLP and James Goldberg* |

☒ **BY OVERNIGHT MAIL** (Code Civ. Proc. § 1013(c))—I placed said envelope(s) for collection by **FedEx**, following ordinary business practices, at the business offices of Zieve, Brodnax & Steele, LLP for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

|   |   |
|---|---|
| 1 | I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit. |

☒ **CM/ECF** (U.S. District Court, Northern District of California, Local Civil Rule 5-5)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 15, 2018, at Irvine, California.

　　　　　　　　　　　　　　　　*/s/ Michelle Pollock*　　　　　　
　　　　　　　　　　　　　　　　MICHELLE POLLOCK

PROOF OF SERVICE